AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>McKeown, Mary M. | **2. Court or Organization**<br><br>Ninth Circuit Court of Appeals | **3. Date of Report**<br><br>07/20/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managerial Board | International Association of Women Judges |
| 2. | Board of Directors | Ninth Judicial Circuit Historical Society |
| 3. | Board of Visitors | Georgetown University Law Center |
| 4. | Board of Directors | Federal Judges Association |
| 5. | Council | American Law Institute |
| 6. | Board of Directors | ABA Rule of Law Iniative |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spr/Sum 16 | Univ of San Diego Law School - Teaching | $12,025.00 |
| 2. 09/16 | Northwestern Law School - Teaching | $10,000.00 |
| 3. 02/16 | Brigham Young Law School - Teaching | $2,000.00 |
| 4. 05/16 | American University - Teaching | $1,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | University of California San Diego - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Academy of Appellate Lawyers | January 29-30, 2016 | San Francisco, California | Winter Meeting | Lodging and meals |
| 2. | American Bar Association | February 18-20, 2016 | Santa Barbara, California | Litigation Journal | Transportation, lodging and meals |
| 3. | Brigham Young University | February 22, 2016 | Provo, Utah | Lecture at the J. Reuben Clark Law School | Transportation, lodging and meals |
| 4. | Southwestern Law School | March 18, 2016 | Los Angeles, California | Lecture-50th Anniversary of the Central District of California | Transportation and meals |
| 5. | American University | March 29-April 1, 2016 | Washington, DC | American Society of International Law - Grotius Lecture | Transportation and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKeown, Mary M. | 07/20/2017 |

| 6. | American Law Institute | May 15-18, 2016 | Washington, DC | Annual Meeting | Lodging and meals |
|---|---|---|---|---|---|
| 7. | Federal Judges Association | May 17-18, 2016 | Washington, DC | Board of Directors Meeting | Transportation and meals |
| 8. | American Bar Association | May 21-26, 2016 | Istanbul, Turkey | Rule of Law Initiative | Transportation, lodging and meals |
| 9. | Northwestern School of Law | September 25-29, 2016 | Madrid, Spain | Teaching | Transportation, lodging and meals |
| 10. | American Bar Association | September 29-October 2, 2016 | Nuernberg, Germany | Rule of Law Initiative | Transportation, lodging and meals |
| 11. | Federal Judges Association | October 15-19, 2016 | Mexico City, Mexico | International Association of Judges Conference | Transportation, lodging and meals |
| 12. | American Bar Association | December 8, 2016 | Washington, DC | Rule of Law Initiative Board Meeting | Transportation. lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA #2 | A | Interest | L | T | | | | | |
| 2. BOEING | A | Dividend | K | T | | | | | |
| 3. SCHWAB ACCT #4 | | | | | | | | | |
| 4. ---AIM VI TECH FUND | | None | K | T | | | | | |
| 5. ---ALGER LARGE CAP GROWTH | | None | K | T | | | | | |
| 6. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 7. ---BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 8. ---SCHWAB S&P 500 INDEX FUND | | None | K | T | | | | | |
| 9. TRUST #1 (TERMINATED) | | | | | | | | | |
| 10. ---FIDELITY BLUE CHIP (FBGRX) | | None | | | Sold | 08/19/16 | M | E | PART VIII |
| 11. ---FIDELITY DISCOVER FUND (FDSVX) | | None | | | Sold | 08/19/16 | K | D | PART VIII |
| 12. ---FIDELITY GROWTH & INC (FGRIX) | A | Dividend | | | Sold | 08/19/16 | K | B | PART VIII |
| 13. 403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 14. ---UC SAVINGS FUNDS | A | Dividend | L | T | | | | | |
| 15. ---FIDELITY CONTRA | A | Dividend | N | T | | | | | |
| 16. ---FIDELITY EURO CAP APPREC | B | Dividend | L | T | | | | | |
| 17. ---FIDELITY SELECT TECH/PURITAN | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FIDELITY SELECT INDUS EQUIP | | None | K | T | | | | | |
| 19. --FIDELITY SMALL CAP DISCOVERY | | None | K | T | | | | | |
| 20. FIDELITY INVESTMENTS - JT | | | | | | | | | |
| 21. ---FIDELITY MID-CAP | A | Dividend | K | T | | | | | |
| 22. ---FIDELITY PURITAN | A | Dividend | K | T | | | | | |
| 23. NORTHERN TRUST #1 | | | | | | | | | |
| 24. ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 25. NORTHERN TRUST #2 | | | | | | | | | |
| 26. ---NORTHERN TRUST MMF | A | Interest | K | T | | | | | |
| 27. NORTHERN TRUST #3 | | | | | | | | | |
| 28. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 29. NORTHERN TRUST #4 | | | | | | | | | |
| 30. ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 31. NORTHERN TRUST #5 | | | | | | | | | |
| 32. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 33. ---ABBVIE (ABBV) | A | Dividend | J | T | | | | | |
| 34. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 36. ---APPLE (APPL) | A | Dividend | J | T | | | | | |
| 37. ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 38. ---BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 39. ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 40. ---CONOCOPHIL (COP) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 41. ---COSTCO (COST) | A | Dividend | J | T | | | | | |
| 42. ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 43. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 44. ---DOMINION (D) | A | Dividend | J | T | | | | | |
| 45. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 46. ---DELL TECHNOLOGIES, INC (DVMT) | | | | | Spinoff (from line 49) | 09/07/16 | J | | |
| 47. | | | | | Merged (with line 49) | 09/07/16 | J | | |
| 48. | | | | | Sold | 11/21/16 | J | A | |
| 49. ---EMC CORP (EMC) *** MERGED WITH DELL TECH (DVMT) | A | Dividend | | | | | | | |
| 50. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 51. ---FORTIVE CORP COM (FTV) | A | Dividend | J | T | Spinoff (from line 43) | 07/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 53. ---INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 54. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 55. ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 56. --MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 57. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Dividend | M | T | | | | | |
| 58. | B | Distribution | | | | | | | |
| 59. ---US GOVT MM FUND (NOGXX) F/K/A ---MFB NORTH FDS MUN MM FD (NORXX) | A | Dividend | K | T | | | | | |
| 60. ---MFB NORTH FDS CA TAX EXPT (NCATX) | B | Dividend | L | T | | | | | |
| 61. | A | Distribution | | | | | | | |
| 62. ---MFB NORTH HI YIELD FXD INC (NHFIX) | C | Dividend | L | T | | | | | |
| 63. ---MFB NORTH STK INDEX (NOSIX) | B | Dividend | L | T | | | | | |
| 64. | A | Distribution | | | | | | | |
| 65. ---MFB NORTH MM GLOBAL RE (NMMGX) | B | Dividend | K | T | | | | | |
| 66. | A | Distribution | | | | | | | |
| 67. ---MFB NORTH INTL EQTY INDEX (NOINX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ---MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | J | T | | | | | |
| 69. ---MFC FLEXSHRS 3 YR (TDTT) | A | Dividend | J | T | | | | | |
| 70. ---MFC ISHARE TR CORE S&P (IJR) | A | Dividend | K | T | | | | | |
| 71. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | K | T | | | | | |
| 72. ---MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 73. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 74. ---MFC REAL ESTATE SLT SPDR (XLRE) | | None | | | Spinoff (from line 73) | 09/22/16 | J | | |
| 75. | | | | | Sold | 11/21/16 | J | A | |
| 76. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 77. ---MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | A | Dividend | K | T | Buy | 11/21/16 | K | | |
| 78. --MFC VANGUARD MSCI EMERGING MKTS (VWO) | A | Dividend | K | T | | | | | |
| 79. --MFO DFA INVT DIMENSIONS (DFREX) | B | Dividend | K | T | | | | | |
| 80. ---NATL OIL WELL VARCO (NOV) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 81. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 82. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 83. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 84. ---ORACLE (ORCL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ---PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 86. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | | | | | |
| 87. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 88. --QUALCOMM (QCOM) | A | Dividend | J | T | | | | | |
| 89. ---SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 90. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 91. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 92. ---SPDR S&P MIDCAP (MDY) | A | Dividend | K | T | | | | | |
| 93. ---UNITED TECH (UTX) | A | Dividend | J | T | | | | | |
| 94. --VF CORP COM (VFC) | A | Dividend | J | T | | | | | |
| 95. ---WHOLE FOODS MKT (WFM) | A | Dividend | J | T | | | | | |
| 96. NORTHERN TRUST #6 | | | | | | | | | |
| 97. ---ABBOTT LAB (ABT) | A | Dividend | | | Sold | 11/21/16 | J | B | |
| 98. ---ABBVIE INC COM (ABBV) | A | Dividend | J | T | | | | | |
| 99. --ADIENT PLC LTD COM (ADNT) | | None | | | Spinoff (from line 129) | 11/03/16 | J | | |
| 100. | | | | | Sold | 11/21/16 | J | A | |
| 101. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  ---AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 103.  ---AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 104.  ---APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 105.  ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 106.  ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 107.  ---BHP BILLITON (BHP) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 108.  --BRISTOL MEYES SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 109.  ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 110.  ---CONOCOPHILLIPS (COP) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 111.  ---COSTCO WHOLESALE (COST) | A | Dividend | K | T | | | | | |
| 112.  ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 113.  ---DANAHER CORP (DHR) | A | Dividend | K | T | | | | | |
| 114.  ---DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 115.  ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 116.  ---DELL TECHNOLOGIES, INC (DVMT) | | None | | | Spinoff (from line 120) | 09/07/16 | J | | |
| 117. | | | | | Sold | 11/21/16 | J | A | |
| 118. | | | | | Merged (with line 120) | 09/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. --EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 120. ---EMC CORP (EMC) **MERGED WITH DELL TECH (DVMT)** | A | Dividend | | | | | | | |
| 121. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 122. ---FORTIVE CORP COM (FTV) | A | Dividend | J | T | Spinoff (from line 113) | 07/08/16 | J | | |
| 123. ---FRNKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 124. ---GRAINGER W W (GWW) | A | Dividend | | | Sold | 11/21/16 | J | B | |
| 125. ---HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 126. ----ITEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 127. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 128. --JOHNSON CTLS INC (JCI) | A | Dividend | J | T | | | | | |
| 129. ---JOHNSON CTL INC (JCI) **MERGED WITH ADIENT(ADNT) | A | Dividend | | | | | | | |
| 130. ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 131. --MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 132. ---MFB NORTH FDS FX INC (NOFIX) | C | Dividend | M | T | | | | | |
| 133. ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | D | Dividend | M | T | | | | | |
| 134. ----MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | Buy (add'l) | 11/21/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. ---US GOVT MM FUND (NOGXX) F/K/A ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | K | T | | | | | |
| 136. ---MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | J | T | | | | | |
| 137. ---MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | K | T | | | | | |
| 138. ---MFC FLEXSHARES TR MRNGSTR GLBL UPSTREAM NAT RES INDEX (GUNR) | B | Dividend | L | T | | | | | |
| 139. ---MFC ISHARES CORE S&P (IJR) | B | Dividend | M | T | | | | | |
| 140. ---MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | | | | | |
| 141. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | K | T | | | | | |
| 142. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 143. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 144. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 145. ---MFC REAL ESTATE SLT SPDR (XLRE) | | None | | | Spinoff (from line 144) | 09/22/16 | J | | |
| 146. | | | | | Sold | 11/21/16 | J | A | |
| 147. ---MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 148. ---MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 149. ---MFC VANGUARD EMERG (VWO) | C | Dividend | M | T | | | | | |
| 150. ---MFC VANGUARD ITL EQ (VEU) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. ---NATL OIL WELL VARCO (NOV) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 152. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 153. ---NOBLE ENERGY (NBL) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 154. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 155. ---NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 156. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 157. ---ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 158. ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 159. ---PRECISION CASTPARTS (PCP) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 160. ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 161. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 162. ---QUALCOMM INC COM (QCOM) | A | Dividend | J | T | | | | | |
| 163. ---SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 164. ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 165. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 166. --SOUTH32 LTD SPONSORED ADR (SOUHY) | A | Dividend | | | Sold | 11/21/16 | J | A | |
| 167. ---SPDR S&P MIDCAP (MDY) | B | Dividend | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 169. ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 170. ---VF CORP (VFC) | A | Dividend | J | T | | | | | |
| 171. ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. NORTHERN TRUST #7 | | | | | | | | | |
| 174. ---TEMPLETON FOREIGN CL A (TEMFX) | B | Dividend | L | T | Buy (add'l) | 12/27/16 | J | | |
| 175. | | | | | | | | | |
| 176. NORTHERN TRUST #8 | | | | | | | | | |
| 177. ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | L | T | Buy (add'l) | 12/21/16 | J | | |
| 178. | B | Distribution | | | | | | | |
| 179. NORTHERN TRUST #9 | | | | | | | | | |
| 180. ---NT MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 181. NORTHERN TRUST #10 | | | | | | | | | |
| 182. ---NT MONEY MARKET ACCOUNT | | None | M | T | | | | | |
| 183. --- CONDO(50%) SAN FRANCISCO CA | E | Rent | O | W | | | | | |
| 184. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M. | 07/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINES 9-12: TRUST TERMINATED. FUNDS DISTRIBUTED TO BENEFICIARY.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544